**DISMISS and Opinion Filed November 16, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00633-CV

**QUANTON HARRIS, AND/OR ALL OTHER OCCUPANTS OF 8201 SHIP STREET FRISCO, TX 75035, Appellant**
**V.**
**STREETLANE PM, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-01265-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

On October 17, 2022, after appellant had failed to file his brief, we directed appellant to file the brief within ten days. Although we cautioned appellant that failure to comply would result in dismissal of the appeal, *see* TEX. R. APP. P. 38.8(a)(1), appellant has yet to file his brief. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Robert D. Burns, III/

220633F.P05

ROBERT D. BURNS, III
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

QUANTON HARRIS, AND/OR
ALL OTHER OCCUPANTS OF
8201 SHIP STREET FRISCO, TX
75035, Appellant

No. 05-22-00633-CV      V.

STREETLANE PM, LLC, Appellee

On Appeal from the County Court at
Law No. 5, Collin County, Texas
Trial Court Cause No. 005-01265-
2022.
Opinion delivered by Chief Justice
Burns, Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 16th day of November 2022.